### 16941. MILLER *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial based on the general grounds only was properly overruled, as the verdict was supported by evidence.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 12, 1926.

Conviction of possessing liquor; from city court of Carrollton— Judge Hood. October 3, 1925.

*Beall & Beall,* for plaintiff in error.

*Emmett Smith, solicitor,* contra.